IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-059-GCM-DCK

| | |
|---|---|
| MICHAEL MADDUX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| HARTFORD LIFE AND ACCIDENT ) | |
| INSURANCE COMPANY; and ) | |
| WAL-MART STORES, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 15) filed by B. Alexander Correll, Jr., concerning J. Gordon Howard, on April 17, 2017. Mr. Howard seeks to appear as counsel *pro hac vice* for Defendant Wal-Mart Stores, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 15) is **GRANTED.** Mr. Howard is hereby admitted *pro hac vice* to represent Defendant Wal-Mart Stores, Inc.

**SO ORDERED**.

Signed: April 18, 2017

David C. Keesler
United States Magistrate Judge