IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17cv59-GCM-DCK

| | | |
|---|---|---|
| MICHAEL MADDUX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| HARTFORD LIFE AND ACCIDENT | ) | |
| INSURANCE COMPANY, and | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court upon the Memorandum and Recommendation of United States Magistrate David C. Keesler, filed November 3, 2017. The parties were advised that pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule 72 of the Federal Rules of Civil Procedure, written objections to the Memorandum and Recommendation must be filed within 14 days after service of the same. No objections have been filed.

After an independent and thorough review of the magistrate's memorandum, the court concludes that there is no clear error on the face of the record and the recommendation to deny Wal-Mart Stores Inc.'s Motion to Dismiss is affirmed.

IT IS THEREFORE ORDERED that the Memorandum and Recommendation is hereby AFFIRMED.

Signed: January 4, 2018

Graham C. Mullen
United States District Judge